Isaiah **BOYKIN**, Defendant-Below, Appellant,

v.

**STATE of Delaware**, Plaintiff-Below, Appellee.

No. 92, 2016

Supreme Court of Delaware.

Submitted: October 13, 2016

Decided: October 27, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID. No. 1410012608

AFFIRMED.